# UNITED STATES DISTRICT COURT
for the
District of Alaska

KIRIL ZAHARY BASARGIN )
)
)
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 3:25-cv-00068-SLG
CITY OF HOMER, ALASKA; )
OFFICER MORGAN TRACY, individually and in his official capacity;
OFFICER FORREST [LAST NAME UNKNOWN], individually and his official
capacity; HOMER POLICE DEPARTMENT; and DOES 1 through 10,
inclusive,
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City of Homer 491 E Pioneer Ave, Homer, AK 99603, United States

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: post office box 2395 Homer, Alaska 99603

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____     _____
                                    *Signature of Clerk or Deputy Clerk*